

March 23, 2023

**Via E-Mail**

Chief Quality Officer
U.S. Government Accountability Office
441 G Street, NW, Washington, DC 20548
E-mail: recordsrequest@gao.gov

**Freedom of Information Act Request: GAO Oversight of the Office of Refugee Resettlement and Sex Trafficking of Unaccompanied Migrant Children.**

Dear Chief Quality Officer:

America First Legal Foundation is a national, nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, and ensure due process and equal protection for all Americans, all to promote public knowledge and understanding of the law and individual rights guaranteed under the Constitution and laws of the United States. To that end, we file Freedom of Information Act (FOIA) requests on issues of pressing public concern, then disseminate the information we obtain, making documents broadly available to the public, scholars, and the media. Using our editorial skills to turn raw materials into distinct work, we distribute that work to a national audience through traditional and social media platforms. AFL's email list contains over 55,000 unique addresses, our Twitter page has 58,400 followers, the Twitter page of our Founder and President has over 419,000 followers, our Facebook page has 116,000 followers, and we have another approximately 31,700 followers on GETTR.

I.      Background

On October 7, 2020, GAO released a report entitled "Unaccompanied Children: Actions Needed to Improve Grant Application Reviews and Oversight of Care Facilities."[1] Among other things, the report found that for facilities receiving HHS grants to "provide shelter and other services" to unaccompanied alien children, HHS "hasn't met its own targets for how frequently it visits facilities, and doesn't consistently share information with state agencies that license them."[2]

---

[1] GAO-20-609, https://www.gao.gov/products/gao-20-609

[2] *Id.*

611 Pennsylvania Ave SE #231            320 South Madison Avenue
Washington, DC 20003                    Monroe, Georgia 30655

The report also found that, under Office of Refugee Resettlement (ORR) "regulations, each facility is to be audited for compliance with standards to prevent and respond to sexual abuse and harassment of children by February 22, 2019, but by April 2020, only 67 of 133 facilities had been audited. In fiscal years 2018 and 2019, ORR also did not meet its policy goals to visit each facility at least every 2 years, or to submit a report to facilities on any corrective actions identified within 30 days of a visit. Without further action, ORR will continue to not meet its own monitoring goals, which are designed to ensure the safety and well-being of children in its care."[3]

The report lists its publication date as September 15, 2020, and its public release date as October 7, 2020. On October 7, 2020, Congresswoman Rosa DeLauro issued a press release stating that she had, as "Chair of the Labor, Health and Human Services, Education, and Related Agencies Appropriations Subcommittee, ... today released a Government Accountability Office (GAO) report requested in March 2019 to examine the care and custody of unaccompanied children in Department of Health and Human Services' Office of Refugee and Resettlement (ORR) shelters."[4]

## II.    Requested Records

AFL hereby requests the following records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding GAO report GAO-20-609:

(1) All communications with Representative Rosa DeLauro or her committee staff. The timeframe for this request is January 4, 2020 to the date that this request is fulfilled.

(2) All internal GAO communications related to the communications in request #1.

(3) All communications between GAO and Congress relating to evidence of, reports involving, or complaints about, sex trafficking or human trafficking of unaccompanied alien children that involve the U.S. Department of Health and Human Services Office of Refugee Resettlement ("ORR") or any grantees of ORR. The timeframe for this request is January 4, 2020 to the date that this request is fulfilled.

(4) All communications between GAO and Congress relating to evidence of, reports involving, or complaints about ORR placing unaccompanied alien

---

[3] *Id.*

[4] Press Release, *DeLauro, Castro Release GAO Report Revealing ORR Risks Awarding Grants to Facilities that Compromise the Safety and Well-Being of Children*, (Oct. 7, 2020), https://tinyurl.com/53vxrnwk.

children with sponsors who have not been properly vetted or about ORR using grantees that do not properly vet UAC sponsors.

(5) All internal GAO communications or documents related to the communications in request numbers 3 and 4.

(6) All communications with the Council of Inspectors General for Integrity and Efficiency, or with the HHS Inspector General, relating to the activities listed above in request numbers 3 and 4. The timeframe for this request is January 4, 2020 to the date that this request is fulfilled.

(7) All internal GAO communications or documents related to the communications listed in request #5.

(8) All records regarding the processing of this request.

The following terms should be given the broadest possible interpretation and should be construed to have their ordinary plain English meaning, as well as any definition established by law or regulation for that term or any substantially similar term: "sex trafficking," "human trafficking," and "unaccompanied alien children." Additionally, "unaccompanied alien children" should be construed to include "unaccompanied migrant children," and "unaccompanied noncitizen children," as those terms are commonly used in modern discourse.

### III.  Processing and Production

Per 5 U.S.C. § 552(a)(4)(A)(iii), AFL requests a waiver of all search and duplication fees. The requested documents will be posted in their entirety on our website and made freely available to the general public, and this request is not being made for commercial purposes. AFL broadly disseminates information to the public regarding the operations and activities of the federal government, and numerous federal agencies have routinely granted its requests for fee waivers.

Processing should strictly comply with the processing guidance in the Attorney General's Memorandum on Freedom of Information Act Guidelines. If you have any questions about our request or believe further discussions regarding search and processing would facilitate more efficient production of records of interest to AFL, then please contact me at FOIA@aflegal.org. If AFL's request for a fee waiver is not granted in full, please contact us immediately upon making that determination.

To accelerate your release of responsive records, AFL welcomes production on an agreed rolling basis. If possible, please provide responsive records in an electronic format by email. Alternatively, please provide responsive records in native format or in PDF format on a USB drive to America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003.

Sincerely,

<u>/s/ Reed D. Rubinstein</u>
Reed D. Rubinstein
America First Legal Foundation