AFL FOIA <foia@aflegal.org>

## Acknowledgement Of Your Request

**Chappell, Stephen E** <ChappellS@gao.gov>  Fri, Mar 24, 2023 at 8:46 AM
To: AFL FOIA <foia@aflegal.org>

PRI-23-127

Dear Mr. Rubinstein:

We have received your request and are processing it in accordance with our regulations concerning the availability of GAO records to the public, contained in 4 C.F.R. Part 81. If you have any questions regarding the status of your request, please call or email me and reference the "PRI" case number at the top of this e-mail.

Sincerely yours,

Stephen E. Chappell

Government Information Specialist

U.S. Government Accountability Office

Audit Policy & Quality Assurance

441 G Street, NW, Room 5F13

Washington, DC  20548

(202) 512-2513

'It is error only, and not truth,  that shrinks from inquiry." Thomas Paine

**From:** AFL FOIA <foia@aflegal.org>
**Sent:** Thursday, March 23, 2023 7:23 PM
**To:** Records Request <RecordsRequest@gao.gov>
**Subject:** FOIA Request to GAO

**CAUTION EXTERNAL EMAIL**: Do not click on any links or open any attachments unless you trust the sender and/or know the content is safe. If you are suspicious of the e-mail, click on the Report Suspicious Emails button.

Dear Chief Quality Officer:

Please find attached a FOIA request to the Government Accountability Office.

Regards,
America First Legal Foundation