

AFL FOIA <foia@aflegal.org>

## Acknowledgement Of Your Request

**AFL FOIA** <foia@aflegal.org>  Fri, Feb 16, 2024 at 3:00 PM
To: "Chappell, Stephen E" <ChappellS@gao.gov>

Can you please provide a status update on this request?

America First Legal Foundation

On Fri, Mar 24, 2023 at 8:46 AM Chappell, Stephen E <ChappellS@gao.gov> wrote:

> PRI-23-127
>
> Dear Mr. Rubinstein:
>
> We have received your request and are processing it in accordance with our regulations concerning the availability of GAO records to the public, contained in 4 C.F.R. Part 81. If you have any questions regarding the status of your request, please call or email me and reference the "PRI" case number at the top of this e-mail.
>
> Sincerely yours,
>
> Stephen E. Chappell
>
> Government Information Specialist
>
> U.S. Government Accountability Office
>
> Audit Policy & Quality Assurance
>
> 441 G Street, NW, Room 5F13
>
> Washington, DC  20548
>
> (202) 512-2513
>
> 'It is error only, and not truth,  that shrinks from inquiry." Thomas Paine
>
> **From:** AFL FOIA <foia@aflegal.org>
> **Sent:** Thursday, March 23, 2023 7:23 PM
> **To:** Records Request <RecordsRequest@gao.gov>
> **Subject:** FOIA Request to GAO

**CAUTION EXTERNAL EMAIL**: Do not click on any links or open any attachments unless you trust the sender and/or know the content is safe. If you are suspicious of the e-mail, click on the Report Suspicious Emails button.

Dear Chief Quality Officer:

Please find attached a FOIA request to the Government Accountability Office.

Regards,
America First Legal Foundation