**M** Gmail

**AFL FOIA <foia@aflegal.org>**

## GAO' response to your reequest

**Minor, Francis A <MinorF@gao.gov>**
To: AFL FOIA <foia@aflegal.org>

Wed, May 15, 2024 at 4:37 PM

PRI-23-127

Reed D. Rubinstein

611 Pennsylvania Avenue, SE

Unit 231

Washington, DC  20003

Dear Reed Rubinstein:

On behalf of the Chief Quality Officer, this email responds to your March 23, 2023,  request for the following, related to the Government Accountability Office (GAO) report entitled UNACCOMPANIED CHILDREN: Actions Needed to Improve Grant Application Reviews and Oversight of Care Facilities (GAO-20-609, Sep. 15, 2020):

(1) All communications with Representative Rosa DeLauro or her committee staff. The timeframe for this request is January 4, 2020, to the date that this request is fulfilled.

(2) All internal GAO communications related to the communications in request #1.

(3) All communications between GAO and Congress relating to evidence of, reports involving, or complaints about, sex trafficking or human trafficking of unaccompanied alien children that involve the U.S. Department of Health and Human Services Office of Refugee Resettlement ("ORR") or any grantees of ORR. The timeframe for this request is January 4, 2020,to the date that this request is fulfilled.

(4) All communications between GAO and Congress relating to evidence of, reports involving, or complaints about ORR placing unaccompanied alien children with sponsors who have not been properly vetted or about ORR using grantees that do not properly vet UAC sponsors.

(5) All internal GAO communications or documents related to the communications in request numbers 3 and 4.

(6) All communications with the Council of Inspectors General for Integrity and Efficiency, or with the HHS Inspector General, relating to the activities listed above in request numbers 3 and 4. The timeframe for this request is January 4, 2020 to the date that this request is fulfilled.

(7) All internal GAO communications or documents related to the communications listed in request #5.

(8) All records regarding the processing of this request.

As an agency responsible to the Congress, GAO is not subject to the Freedom of Information Act.  However, GAO's disclosure policy follows the spirit of the act consistent with GAO's duties and functions as an agency with primary responsibility to the Congress.  Attached for your information is a copy of our regulations concerning the availability of GAO records to the public, which are contained in 4 C.F.R. Part 81.

Regarding items 1, 2, and 8 GAO does not release these types of communications or records pursuant to 4 CFR Section 81.6 (j) "Inter-agency or intra-agency memoranda, letters, or other materials that are part of the deliberative process" For example, this exemption includes internal communications such as GAO or other agency draft reports, and those portions of internal drafts, memoranda and workpapers containing opinions, recommendations, advice, or evaluative remarks of GAO employees. This exemption seeks to avoid the inhibiting of internal communications, and the premature disclosure of documents which would be detrimental to an agency decision making. As it relates to items 3 and 4, we have searched our files and found no responsive GAO records related to your request. Our research team could only locate public news reports related to trafficking of unaccompanied children. Thus, GAO has no responsive records related to item 5, 6, and 7.

Finally, in accordance with 4 C.F.R. § 81.4(d), you may notify the requester that further consideration of the request—to the extent that it has been denied—may be obtained by an appeal letter to the Comptroller General of the United States at 441 G Street, NW; Washington, DC 20548, setting forth the basis for the belief that the partial denial of the request is unwarranted.

Sincerely yours,

Francis A. Minor

Government Information Specialist,

U.S. Government Accountability Office

Audit Policy & Quality Assurance

441 G Street, NW

Washington, DC  20548

**From:** AFL FOIA <foia@aflegal.org>
**Sent:** Thursday, March 23, 2023 7:23 PM
**To:** Records Request <RecordsRequest@gao.gov>
**Subject:** FOIA Request to GAO

---

**CAUTION EXTERNAL EMAIL**: Do not click on any links or open any attachments unless you trust the sender and/or know the content is safe. If you are suspicious of the e-mail, click on the Report Suspicious Emails button.

---

Dear Chief Quality Officer:


Please find attached a FOIA request to the Government Accountability Office.


Regards,
America First Legal Foundation

---

**4 CFR PART 81 REGULATIONS.pdf**
180K