CO-386
10/2018

# United States District Court
# For the District of Columbia

America First Legal Foundation )
)
)
)
                 Plaintiff )      Civil Action No.__25-662_____
    vs )
U.S. Government Accountability Office )
)
)
                 Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff America First Legal Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __America First Legal Foundation_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*s/ Christopher Mills*
_____
Signature

SC0008
_____
BAR IDENTIFICATION NO.

Christopher Mills
_____
Print Name

557 East Bay St. #22251
_____
Address

Charleston     SC     29413
_____
City            State        Zip Code

843-606-0640
_____
Phone Number