UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. GOVERNMENT ACCOUNTABILITY OFFICE,<br><br>Defendant. | Civil Action No. 25-0062 (SLS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Stephen DeGenaro, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: April 15, 2025

Respectfully submitted,

*/s/ Stephen DeGenaro*
STEPHEN DEGENARO
Assistant United States Attorney
D.C. Bar #1047116
601 D Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 252-7229
Email: Stephen.DeGenaro@usdoj.gov

*Attorney for the United States of America*