UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. GOVERNMENT ACCOUNTABILITY OFFICE,<br><br>  Defendant. | Civil Action No. 25-0662 (SLS) |

### CONSENT MOTION FOR BRIEFING SCHEDULE

By and through undersigned counsel, Defendant respectfully moves this Court to enter a briefing schedule on a forthcoming motion to dismiss. Pursuant to Local Civil Rule 7(m), the parties conferred and counsel for Plaintiff has graciously indicated that they consent to the requested relief. The grounds for this motion are as follows.

Plaintiff filed this suit on March 6, 2025, and service of the Complaint was received by the U.S. Attorney's Office on or about March 18, 2025. In this action, Plaintiff seeks to compel the United States Government Accountability Office to respond to its FOIA request. Defendant's deadline to respond to the Complaint is currently May 16, 2025.

Good cause exists for granting the instant motion. Defendant has determined that it will be moving to dismiss this matter and has conferred with Plaintiff through counsel regarding a proposed schedule for briefing that forthcoming motion. After conferring with counsel, Defendant respectfully requests that this Court enter the following briefing schedule:

- Motion to dismiss due May 28, 2025
- Opposition due June 27, 2025
- Reply due July 28, 2025

In addition, undersigned will be departing the government with his last day in office on May 30, 2025.  Prior to that departure date, undersigned will need to work to transition his matters to other colleagues who will be absorbing a share of undersigned's cases onto their own considerable caseloads.  The additional time will allow undersigned to work with the client agency to prepare Defendant's motion to dismiss, file it before his final date in the government, and to facilitate the transition of this matter.

WHEREFORE, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including May 16, 2025.  A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: May 14, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:  */s/ Stephen DeGenaro*<br>STEPHEN DEGENARO<br>D.C. Bar #1047116<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7229<br>Stephen.DeGenaro@usdoj.gov<br><br>*Attorneys for the United States of America* |