UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. GOVERNMENT ACCOUNTABILITY OFFICE,<br><br>    Defendant. | Civil Action No. 25-0662 (SLS) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for a briefing schedule, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the following schedule shall govern Defendant's motion to dismiss:

- Motion to dismiss due May 28, 2025

- Opposition due June 27, 2025

- Reply due July 28, 2025

SO ORDERED:

_____
Dated

_____
Hon. Sparkle L. Sooknanan
United States District Judge