UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 25-0662 (SLS)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, United States Government Accountability Office ("GAO"), respectfully move to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim for which relief may be granted. In support of this motion, Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities. A proposed order is attached.

Dated: May 28, 2025
   Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Stephen DeGenaro*
   STEPHEN DEGENARO
   D.C. Bar #1047116
   Assistant United States Attorney
   601 D Street, NW
   Washington, D.C. 20530
   Telephone: (202) 252-7229
   Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*