UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED SATES GOVERNMENT ACCOUNTABILITY OFFICE,<br><br>　　　　Defendant. | Civil Action No. 25-0662 (SLS) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, any oppositions and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that this case is DISMISSED.  This is a final appealable order.


SO ORDERED:


_____                    _____
Date                                                              Sparkle L. Sooknanan
                                                                        United States District Judge