UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE,<br><br>Defendant. | Civil Action No.24-0662(SLS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda Gonzalez Horowitz and remove the appearance of Assistant United States Attorney Stephen DeGenaro as counsel for Defendant United States of America in the above- captioned case.

Dated: May 30, 2025
Washington, DC

Respectfully submitted,

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorney for the United States of America*