IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| America First Legal Foundation,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Government Accountability Office,<br><br>*Defendant*. | Civil Action No. 1:25-cv-662-SLS |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, any oppositions and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is DENIED.

SO ORDERED:

_____    _____
Date                                                          Sparkle L. Sooknanan
                                                                    U.S. District Judge