IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| America First Legal Foundation, | |
| *Plaintiff,* | Civil Action No. 1:25-cv-662-SLS |
| v. | |
| U.S. Government Accountability Office, | |
| *Defendant.* | |

## NOTICE OF APPEAL

Notice is hereby given that America First Legal Foundation, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Opinion and Order dismissing this case entered in this action on January 9, 2026, ECF Nos. 13, 14.

Respectfully submitted,

*/s/ Christopher Mills*

| | |
|---|---|
| DANIEL EPSTEIN | CHRISTOPHER MILLS |
| WILLIAM SCOLINOS | D.D.C. Bar. No. SC0008 |
| America First Legal Foundation | Spero Law LLC |
| 611 Pennsylvania Ave. SE #231 | 557 East Bay St. |
| Washington, DC 20003 | #22251 |
| (202) 964-3721 | Charleston, SC 29413 |
| daniel.epstein@aflegal.org | (843) 606-040 |
| william.scolinos@aflegal.org | cmills@spero.law |

FEBRUARY 6, 2026